NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PREET M. SINGH,**

*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**

*Respondent*

---

2016-2668

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-15-0629-I-1.

---

**JUDGMENT**

---

CASSADY TOLES, Kern, Noda, Devine & Segal, San Francisco, CA, argued for petitioner.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ELIZABETH M. HOSFORD; MORGAN E. REHRIG, Office of General Counsel, United States Postal Service, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 9, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |